THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. 2:22-cv-01378-BJR |
|---|---|
| Plaintiff, | **ORDER CONTINUING TRIAL AND RELATED DEADLINES** |
| v. | |
| RED ROBIN INTERNATIONAL, INC. | |
| Defendant. | |

The Court, having reviewed the Parties' joint stipulation and finding good cause for the requested continuance, HEREBY ORDERS that the trial and case management dates be continued as follows:

| Event | Deadline |
|---|---|
| Expert Reports | February 22, 2024 |
| Discovery Cutoff | March 22, 2024 |
| Dispositive Motions | April 22, 2024 |

**EEOC v. Red Robin International, Inc.**
**2:22-cv-01378-BJR**
**Order Continuing Trial and Related Deadlines**
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 576-3000
FAX (206) 220-6911
TDD (206) 220-6882

| Motions in Limine | August 15, 2024 |
|---|---|
| Joint Pretrial Statement | August 22, 2024 |
| Pretrial Conference | September 6, 2024 |
| Jury Trial (10-14 Days) | October 21, 2024 |

DATED this 5th day of October 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*/s/ May R. Che*
May Che
EEOC Senior Trial Attorney

EEOC v. Red Robin International, Inc.
2:22-cv-01378-BJR
Order Continuing Trial and Related Deadlines
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 576-3000
FAX (206) 220-6911
TDD (206) 220-6882