THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.<br><br>Defendant. | CIVIL ACTION NO.  2:22-cv-01378-BJR<br><br>**ORDER CONTINUING TRIAL AND RELATED DEADLINES** |

The Court, having reviewed the Parties' joint stipulation and finding good cause therefor, HEREBY ORDERS that the trial and case management dates be continued as follows:

| Deadline | New Deadline |
|---|---|
| Expert Reports | June 21, 2024 |
| Discovery Cutoff | July 18, 2024 |
| Dispositive Motions | August 20, 2024 |
| Motions in Limine | December 13, 2024 |

**EEOC v. Red Robin International, Inc.**
**2:22-cv-01378-BJR**
**Order Continuing Trial and Related Deadlines**
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 576-3000
FAX (206) 220-6911
TDD (206) 220-6882

| Joint Pretrial Statement | December 20, 2024 |
|---|---|
| Pretrial Conference | January 6, 2025 |
| Jury Trial (10-14 Days) | February 24, 2025 |

DATED this 27th day of March, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

*/s/ Mariko M. Ashley*
Mariko Ashley
EEOC Trial Attorney

**EEOC v. Red Robin International, Inc.**
**2:22-cv-01378-BJR**
**Order Continuing Trial and Related Deadlines**
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 576-3000
FAX (206) 220-6911
TDD (206) 220-6882