THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:22-cv-01378-BJR<br><br>**ORDER ENTERING CONSENT DECREE** |

The Court, having considered the stipulated Consent Decree of the parties filed concurrently herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms. IT IS SO ORDERED.

DATED this 19th day of April, 2024.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

**EEOC v. Red Robin International, Inc.**
**2:22-cv-01378-BJR**
**ORDER ENTERING CONSENT DECREE**
Page 1 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Presented by:

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| MAY CHE<br>Senior Trial Attorney | EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION<br>Office of the General Counsel |
| MARIKO ASHLEY<br>Trial Attorney | 131 "M" Street NE, 5th Floor<br>Washington, D.C. 20507 |

BY: /s/ Roberta L. Steele
Roberta L. Steele
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
San Francisco, CA 94102
Telephone (650) 684-0939
roberta.steele@eeoc.gov

*Attorneys for Plaintiff EEOC*

BY: /s/ Michael A. Griffin
Michael A. Griffin
JACKSON LEWIS P.C.
520 Pike Street Suite 2300
Seattle, WA 98101
(206) 405-0404
Michael.Griffin@jacksonlewis.com

*Attorneys for Defendant Red Robin International, Inc.*

**EEOC v. Red Robin International, Inc.**
**2:22-cv-01378-BJR**
**ORDER ENTERING CONSENT DECREE**
Page 2 of 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Ave., Suite 400
Seattle, Washington 98104
Phone (206) 220-6884
Fax (206) 220-6911
TDD (206) 220-6882